May 2, 1968.

M. P. No. 389. GERALD MASTRACCHIO *v.* HAROLD V. LANG-LOIS, *Warden.* Petition for writ of habeas corpus, as directed solely to question of revocation of parole, granted. *Corinne P. Grande,* for petitioner. *Herbert F. DeSimone,* Attorney General, *Richard J. Israel,* Asst. Attorney General, for respondent.

M. P. No. 398. ALFRED VEADER *et ux. v.* CITY COUNCIL, BUILDING INSPECTOR, CITY OF E. PROVIDENCE. Certiorari granted. *Donald A. McDonald,* for petitioners. *Stephen R. Walsh,* City Solicitor, *Nathan E. Pass,* Asst. City Solicitor, for respondents.

May 14, 1968.

M. P. No. 418. MARGARET A. FOX *v.* PROBATE COURT, WARWICK. Certiorari denied. *Francis D. Fox,* for petitioner. *Robert C. Hogan,* Asst. City Solicitor; *Stephen F. Mullen, Edward F. Burke,* Co-executors, for respondent.

M. P. No. 419. ALVIN GLASS *v.* HAROLD V. LANGLOIS, *Warden.* Motion of petitioner to dismiss indictments Nos. 34997, 34998 and 34999 denied without prejudice. *Alvin Glass,* pro se, petitioner. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

M. P. No. 424. RHODE ISLAND HOSPITAL TRUST CO. *v.* CHARLES M. PERKINS, MARGARET B. PERKINS, CHARLES M. PERKINS, JR., JEAN YVONNE CAMPBELL AND AMERICAN CANCER SOCIETY, INC.